NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WILLIAM OSCAR HARRIS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2014-5044

_____

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00824-LJB, Judge Lynn J. Bush.

_____

**ON MOTION**

_____

PER CURIAM.

**O R D E R**

William Oscar Harris moves for reconsideration of this court's April 23, 2014 order dismissing the appeal for lack of jurisdiction and to recall the mandate.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

2                                WILLIAM HARRIS v. US


                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court

s24